1  THOMAS G. MANNING, State Bar No. 111809
   The Law Office of Thomas G. Manning
2  6297 Silver Ridge Lane
   Placerville, CA 95667
3  (916) 802-7173

4  Attorney for Defendant:
   COUNTY OF CONTRA COSTA

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  EDWARD L. TURNER                    )   **CASE NO.  C V05-02297 MHP**
                                        )
11            Plaintiff(s),             )
                                        )   **SUBSTITUTION OF ATTORNEY**
12  v.                                  )
                                        )
13  CONTRA COSTA SHERIFF DEPUTIES       )
    sued in their individual capacity and as an )
14  employees of Contra Costa County;   )
    CONTRA COSTA SHERIFF'S              )
15  DEPUTIES HERNANDEZ; CANADY;         )
    OLIVER AND GRAY, AND CONTRA         )
16  COSTA COUNTY HEALTH CARE            )
    NURSES, sued in their individual capacity )
17  and as an employees of Contra Costa )
    County KIMBERLY DYER, R.N.;JUDY     )
18  POOLE, R.M.; F. LONGSTRETH, R.N.;   )
    J. DIENTE, R.N.; CARLA WILSON,      )
19  R.N.; L. GUY, R.N.; CINDY TITUS,    )
    R.N.; O'MARY, R.N.; D. SEEBERGER,   )
20  R.N.; RAYRAO, R.N.; HAYNES, R.N.;   )
    ROBINSON, R.N.; L. LUMKIN, R.N.;    )
21  DR. HUIE; DR. PIZZO; DR. JAMES      )
    RAEL,                               )
22                                      )
              Defendant(s).             )
23  _____)

24  TO THE COURT AND ALL PARTIES:

25          YOU ARE HEREBY NOTIFIED THAT defendant COUNTY OF CONTRA COSTA

26  makes the following substitution:

27  1.     Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28         Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

1  2.  New legal representative: Thomas G. Manning, State Bar No. 111809, of The Law Office

2      of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number

3      (916) 802-7173.

4

5  3.  I hereby consent to this substitution.

6                                                    County of Contra Costa

7

8      Date: _April 27___, 2007        By: _____
                                          Print Name:
9                                            CYNTHIA ABRAM HARVEY

10

11 4.  I hereby consent to this substitution.

       Date: _5/7_____, 2007        LaFollette, Johnson, DeHaas, Fesler & Ames
12

13                                        By: _____
                                             Barry Vogel
14

15

16 5.  I hereby consent to this substitution.

17     Date: _4-1-07_____, 2007        The Law Office of Thomas G. Manning

18

19                                        By: _____
                                             Thomas G. Manning
20

21

22

23

24

25

26                                        UNITED STATES DISTRICT JUDGE.

27                                            5/21/07

28                                            DATE

   _Turner v. County of Contra Costa, et al._ No. C V05-02297 MHP
   Substitution of Attorney                                              Page 2

1 | THOMAS G. MANNING, State Bar No. 111809
The Law Office of Thomas G. Manning
2 | 6297 Silver Ridge Lane
Placerville, CA 95667
3 | (916) 802-7173

4 | Attorney for Defendant:
DR. JAMES RAEL

RECEIVED

07 MAY 15  AM 10: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

10 | EDWARD L. TURNER

11 | Plaintiff(s),

12 | v.

13 | CONTRA COSTA SHERIFF DEPUTIES
sued in their individual capacity and as an
14 | employees of Contra Costa County;
CONTRA COSTA SHERIFF'S
15 | DEPUTIES HERNANDEZ; CANADY;
OLIVER AND GRAY, AND CONTRA
16 | COSTA COUNTY HEALTH CARE
NURSES, sued in their individual capacity
17 | and as an employees of Contra Costa
County KIMBERLY DYER, R.N.;JUDY
18 | POOLE, R.M.; F. LONGSTRETH, R.N.;
J. DIENTE, R.N.; CARLA WILSON,
19 | R.N.; L. GUY, R.N.; CINDY TITUS,
R.N.; O'MARY, R.N.; D. SEEBERGER,
20 | R.N.; RAYRAO, R.N.; HAYNES, R.N.;
ROBINSON, R.N.; L. LUMKIN, R.N.;
21 | DR. HUIE; DR. PIZZO; DR. JAMES
RAEL,
22 | 
Defendant(s).
23 |

**CASE NO.  C V05-02297 MHP**

**SUBSTITUTION OF ATTORNEY**

24 | TO THE COURT AND ALL PARTIES:

25 | YOU ARE HEREBY NOTIFIED THAT defendant DR. JAMES RAEL makes the

26 | following substitution:

27 | 1.   Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28 | Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

2.    New legal representative: Thomas G. Manning, State Bar No. 111809, of The Law Office of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number (916) 802-7173.

3.    I hereby consent to this substitution.

      Date: _4 · 1 3 · 0 7_ , 2007          By: _____
                                                  Dr. James Rael

4.    I hereby consent to this substitution.

      Date: _5/7_ , 2007          LaFollette, Johnson, DeHaas, Fesler & Ames

                                  By: _____
                                      Barry Vogel

5.    I hereby consent to this substitution.

      Date: _4-1-07_ , 2007          The Law Office of Thomas G. Manning

                                     By: _____
                                         Thomas G. Manning

                                          **IT IS SO ORDERED**

                                  _____
                                  UNITED STATES DISTRICT JUDGE

                                  _____
                                            DATE

---

*Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
Substitution of Attorney                                                    Page 2

1  THOMAS G. MANNING, State Bar No. 111809
   The Law Office of Thomas G. Manning
2  6297 Silver Ridge Lane
   Placerville, CA 95667
3  (916) 802-7173

4  Attorney for Defendant:
   J. DIENTE, R.N.

5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 EDWARD L. TURNER                )    **CASE NO.  C V05-02297 MHP**

11          Plaintiff(s),          )
                                    )    **SUBSTITUTION OF ATTORNEY**
12 v.                              )

13 CONTRA COSTA SHERIFF DEPUTIES   )
   sued in their individual capacity and as an )
14 employees of Contra Costa County; )
   CONTRA COSTA SHERIFF'S         )
15 DEPUTIES HERNANDEZ; CANADY;     )
   OLIVER AND GRAY, AND CONTRA    )
16 COSTA COUNTY HEALTH CARE        )
   NURSES, sued in their individual capacity )
17 and as an employees of Contra Costa )
   County KIMBERLY DYER, R.N.;JUDY )
18 POOLE, R.M.; F. LONGSTRETH, R.N.; )
   J. DIENTE, R.N.; CARLA WILSON,  )
19 R.N.; L. GUY, R.N.; CINDY TITUS, )
   R.N.; O'MARY, R.N.; D. SEEBERGER, )
20 R.N.; RAYRAO, R.N.; HAYNES, R.N.; )
   ROBINSON, R.N.; L. LUMKIN, R.N.; )
21 DR. HUIE; DR. PIZZO; DR. JAMES  )
   RAEL,                           )
22                                 )
            Defendant(s).          )
23 _____ )

24 TO THE COURT AND ALL PARTIES:

25      YOU ARE HEREBY NOTIFIED THAT defendant J. DIENTE, R.N. makes the following

26 substitution:

27 1.    Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28      Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

2.   New legal representative:  Thomas G. Manning, State Bar No. 111809, of The Law Office of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number (916) 802-7173.

3.   I hereby consent to this substitution.

Date: _____4 | 15_____, 2007          By: _____
                                           J. Diente, R.N.

4.   I hereby consent to this substitution.

Date: _____5 /07_____, 2007          LaFollette, Johnson, DeHaas, Fesler & Ames

                                      By: _____
                                           Barry Vogel

5.   I hereby consent to this substitution.

Date: _____4-1-07_____, 2007          The Law Office of Thomas G. Manning

                                      By: _____
                                           Thomas G. Manning

                                      **IT IS SO ORDERED**

                                      _____
                                      UNITED STATES DISTRICT JUDGE

                                      _____
                                              **DATE**

1 | THOMAS G. MANNING, State Bar No. 111809   RECEIVED
The Law Office of Thomas G. Manning
2 | 6297 Silver Ridge Lane                     07 MAY 15 AM 10: 35
Placerville, CA 95667
3 | (916) 802-7173                             RICHARD W. WIEKING
                                             CLERK, U.S. DISTRICT COURT
                                             NORTHERN DISTRICT OF CALIFORNIA
4 | Attorney for Defendant:
DR. FREDRIC HUIE

5

6

7 |                     UNITED STATES DISTRICT COURT

8 |                     NORTHERN DISTRICT OF CALIFORNIA

9

10 | EDWARD L. TURNER                    ) **CASE NO.  C V05-02297 MHP**
                                         )
11 |              Plaintiff(s),           )
                                         )  **SUBSTITUTION OF ATTORNEY**
12 | v.                                   )
                                         )
13 | CONTRA COSTA SHERIFF DEPUTIES        )
sued in their individual capacity and as an )
14 | employees of Contra Costa County;   )
CONTRA COSTA SHERIFF'S                    )
15 | DEPUTIES HERNANDEZ; CANADY;         )
OLIVER AND GRAY, AND CONTRA              )
16 | COSTA COUNTY HEALTH CARE            )
NURSES, sued in their individual capacity )
17 | and as an employees of Contra Costa )
County KIMBERLY DYER, R.N.;JUDY          )
18 | POOLE, R.M.; F. LONGSTRETH, R.N.;   )
J. DIENTE, R.N.; CARLA WILSON,           )
19 | R.N.; L. GUY, R.N.; CINDY TITUS,    )
R.N.; O'MARY, R.N.; D. SEEBERGER,        )
20 | R.N.; RAYRAO, R.N.; HAYNES, R.N.;   )
ROBINSON, R.N.; L. LUMKIN, R.N.;         )
21 | DR. HUIE; DR. PIZZO; DR. JAMES      )
RAEL,                                    )
22 |                                      )
                 Defendant(s).           )
23 | _____ )

24 | TO THE COURT AND ALL PARTIES:

25 |        YOU ARE HEREBY NOTIFIED THAT defendant DR. FREDRIC HUIE makes the

26 | following substitution:

27 | 1.    Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28 |        Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

2.   New legal representative:  Thomas G. Manning, State Bar No. 111809, of The Law Office of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number (916) 802-7173.

3.   I hereby consent to this substitution.
     Date: 04 20 07 , 2007          By: _____
                                          Dr. Fredric Huie

4.   I hereby consent to this substitution.
     Date: 5/7/07 , 2007            LaFollette, Johnson, DeHaas, Fesler & Ames

                                          By: _____
                                              Barry Vogel

5.   I hereby consent to this substitution.
     Date: 4-1-07 , 2007            The Law Office of Thomas G. Manning

                                          By: _____
                                              Thomas G. Manning


                                          **IT IS SO ORDERED**

                                          _____
                                          UNITED STATES DISTRICT JUDGE

                                          _____
                                                    **DATE**

*Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
Substitution of Attorney                                                   Page 2

1 │ THOMAS G. MANNING, State Bar No. 111809
The Law Office of Thomas G. Manning
2 │ 6297 Silver Ridge Lane
Placerville, CA 95667
3 │ (916) 802-7173

4 │ Attorney for Defendant:
ANTHONY PIZZO

5

6

7 │ UNITED STATES DISTRICT COURT

8 │ NORTHERN DISTRICT OF CALIFORNIA

9

| 10 | EDWARD L. TURNER | ) | **CASE NO.   C V05-02297 MHP** |
|---|---|---|---|
| 11 | Plaintiff(s), | ) | |
| | | ) | **SUBSTITUTION OF ATTORNEY** |
| 12 | v. | ) | |
| 13 | CONTRA COSTA SHERIFF DEPUTIES | ) | |

CONTRA COSTA SHERIFF DEPUTIES
sued in their individual capacity and as an
employees of Contra Costa County;
CONTRA COSTA SHERIFF'S
DEPUTIES HERNANDEZ; CANADY;
OLIVER AND GRAY, AND CONTRA
COSTA COUNTY HEALTH CARE
NURSES, sued in their individual capacity
and as an employees of Contra Costa
County KIMBERLY DYER, R.N.;JUDY
POOLE, R.M.; F. LONGSTRETH, R.N.;
J. DIENTE, R.N.; CARLA WILSON,
R.N.; L. GUY, R.N.; CINDY TITUS,
R.N.; O'MARY, R.N.; D. SEEBERGER,
R.N.; RAYRAO, R.N.; HAYNES, R.N.;
ROBINSON, R.N.; L. LUMKIN, R.N.;
DR. HUIE; DR. PIZZO; DR. JAMES
RAEL,

Defendant(s).

24 │ TO THE COURT AND ALL PARTIES:

25 │ YOU ARE HEREBY NOTIFIED THAT defendant ANTHONY PIZZO makes the

26 │ following substitution:

27 │ 1.   Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28 │ Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

1   2.   New legal representative: Thomas G. Manning, State Bar No. 111809, of The Law Office

2        of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number

3        (916) 802-7173.

4

5   3.   I hereby consent to this substitution.

6        Date: _____, 2007          By: _____
                                              Anthony Pizzo
7

8   4.   I hereby consent to this substitution.

9        Date: _____, 2007          LaFollette, Johnson, DeHaas, Fesler & Ames

10

11                                     By: _____
                                              Barry Vogel
12

13

14  5.   I hereby consent to this substitution.

15       Date: _____, 2007          The Law Office of Thomas G. Manning

16

17                                     By: _____
                                              Thomas G. Manning
18

19                                            **IT IS SO ORDERED**

20

21                                     _____
                                       UNITED STATES DISTRICT JUDGE
22

23                                     _____
                                                    DATE
24

25

26

27

28

---
*Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
Substitution of Attorney                                          Page 2

1 | THOMAS G. MANNING, State Bar No. 111809
The Law Office of Thomas G. Manning
2 | 6297 Silver Ridge Lane
Placerville, CA 95667
3 | (916) 802-7173

4 | Attorney for Defendant:
MARITESS CERBAS RAYRAO, R.N.

5

RECEIVED

07 MAY 15  AM 10: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9

10 | EDWARD L. TURNER

11 | Plaintiff(s),

12 | v.

13 | CONTRA COSTA SHERIFF DEPUTIES
sued in their individual capacity and as an
14 | employees of Contra Costa County;
CONTRA COSTA SHERIFF'S
15 | DEPUTIES HERNANDEZ; CANADY;
OLIVER AND GRAY, AND CONTRA
16 | COSTA COUNTY HEALTH CARE
NURSES, sued in their individual capacity
17 | and as an employees of Contra Costa
County KIMBERLY DYER, R.N.;JUDY
18 | POOLE, R.M.; F. LONGSTRETH, R.N.;
J. DIENTE, R.N.; CARLA WILSON,
19 | R.N.; L. GUY, R.N.; CINDY TITUS,
R.N.; O'MARY, R.N.; D. SEEBERGER,
20 | R.N.; RAYRAO, R.N.; HAYNES, R.N.;
ROBINSON, R.N.; L. LUMKIN, R.N.;
21 | DR. HUIE; DR. PIZZO; DR. JAMES
RAEL,

22

23 | Defendant(s).

**CASE NO.  C V05-02297 MHP**

**SUBSTITUTION OF ATTORNEY**

24 | TO THE COURT AND ALL PARTIES:

25 | YOU ARE HEREBY NOTIFIED THAT defendant MARITESS CERBAS RAYRAO,

26 | R.N. makes the following substitution:

27 | 1. Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28 | Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

*Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
Substitution of Attorney

1   2.   New legal representative: Thomas G. Manning, State Bar No. 111809, of The Law Office

2        of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number

3        (916) 802-7173.

4

5   3.   I hereby consent to this substitution.

6        Date: __4/ 10_____, 2007        By: _____
                                                Mariless Cerbas Rayrao, R.N.
7

8   4.   I hereby consent to this substitution.

9        Date: ___5/7_____, 2007         LaFollette, Johnson, DeHaas, Fesler & Ames

10

11                                          By: _____
12                                               Barry Vogel

13

14  5.   I hereby consent to this substitution.

15       Date: __4-1-07_____, 2007         The Law Office of Thomas G. Manning

16

17                                          By: _____
                                                Thomas G. Manning
18

19

20                                                  **IT IS SO ORDERED**

21                                          _____
22                                          UNITED STATES DISTRICT JUDGE
23                                          _____
                                                    **DATE**
24

25

26

27

28

*Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
Substitution of Attorney                                                    Page 2

1 | THOMAS G. MANNING, State Bar No. 111809
The Law Office of Thomas G. Manning
2 | 6297 Silver Ridge Lane
Placerville, CA 95667
3 | (916) 802-7173

4 | Attorney for Defendant:
ELENA O'MARY, R.N.

5

6

RECEIVED

07 MAY 15   AM 10: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9

10 | EDWARD L. TURNER

11 | Plaintiff(s),

12 | v.

13 | CONTRA COSTA SHERIFF DEPUTIES
sued in their individual capacity and as an
14 | employees of Contra Costa County;
CONTRA COSTA SHERIFF'S
15 | DEPUTIES HERNANDEZ; CANADY;
OLIVER AND GRAY, AND CONTRA
16 | COSTA COUNTY HEALTH CARE
NURSES, sued in their individual capacity
17 | and as an employees of Contra Costa
County KIMBERLY DYER, R.N.;JUDY
18 | POOLE, R.M.; F. LONGSTRETH, R.N.;
J. DIENTE, R.N.; CARLA WILSON,
19 | R.N.; L. GUY, R.N.; CINDY TITUS,
R.N.; O'MARY, R.N.; D. SEEBERGER,
20 | R.N.; RAYRAO, R.N.; HAYNES, R.N.;
ROBINSON, R.N.; L. LUMKIN, R.N.;
21 | DR. HUIE; DR. PIZZO; DR. JAMES
RAEL,

22

23 | Defendant(s).

**CASE NO.  C V05-02297 MHP**

**SUBSTITUTION OF ATTORNEY**

24 | TO THE COURT AND ALL PARTIES:

25 | YOU ARE HEREBY NOTIFIED THAT defendant ELENA O'MARY, R.N. makes th

26 | following substitution:

27 | 1.      Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28 | Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

*Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
Substitution of Attorney                                                                                    Page 1

1  2.  New legal representative:  Thomas G. Manning, State Bar No. 111809, of The Law Office

2      of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number

3      (916) 802-7173.

4

5  3.  I hereby consent to this substitution.

6      Date: _____4/10/07_____, 2007     By:_____

7                                             Elena O'Mary, R.N.

8

9  4.  I hereby consent to this substitution.

10     Date: _____5/07_____, 2007         LaFollette, Johnson, DeHaas, Fesler & Ames

11

12                                         By:_____

13                                             Barry Vogel

14 5.  I hereby consent to this substitution.

15     Date: _____4-1-07_____, 2007       The Law Office of Thomas G. Manning

16

17                                        By_____

18                                            Thomas G. Manning

19

20                                             IT IS SO ORDERED

21

22                                        UNITED STATES DISTRICT JUDGE

23                                             5/21/07

24                                             DATE

25

26

27

28

_Turner v. County of Contra Costa, et al._ No. C V05-02297 MHP
Substitution of Attorney                                                    Page 2

1  THOMAS G. MANNING, State Bar No. 111809
   The Law Office of Thomas G. Manning
2  6297 Silver Ridge Lane
   Placerville, CA 95667
3  (916) 802-7173

4  Attorney for Defendant:
   FATMATA LONGSTRETH, R.N.

5

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10  EDWARD L. TURNER                          ) **CASE NO.  C V05-02297 MHP**
                                              )
11             Plaintiff(s),                  )
                                              ) **SUBSTITUTION OF ATTORNEY**
12  v.                                        )
                                              )
13  CONTRA COSTA SHERIFF DEPUTIES             )
    sued in their individual capacity and as an )
14  employees of Contra Costa County;         )
    CONTRA COSTA SHERIFF'S                    )
15  DEPUTIES HERNANDEZ; CANADY;               )
    OLIVER AND GRAY, AND CONTRA               )
16  COSTA COUNTY HEALTH CARE                  )
    NURSES, sued in their individual capacity )
17  and as an employees of Contra Costa       )
    County KIMBERLY DYER, R.N.;JUDY           )
18  POOLE, R.M.; F. LONGSTRETH, R.N.;         )
    J. DIENTE, R.N.; CARLA WILSON,            )
19  R.N.; L. GUY, R.N.; CINDY TITUS,          )
    R.N.; O'MARY, R.N.; D. SEEBERGER,         )
20  R.N.; RAYRAO, R.N.; HAYNES, R.N.;         )
    ROBINSON, R.N.; L. LUMKIN, R.N.;          )
21  DR. HUIE; DR. PIZZO; DR. JAMES            )
    RAEL,                                     )
22                                            )
               Defendant(s).                  )
23  _____     )

24  TO THE COURT AND ALL PARTIES:

25       YOU ARE HEREBY NOTIFIED THAT defendant FATMATA LONGSTRETH, R.N.

26  makes the following substitution:

27  1.    Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28        Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

*Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
Substitution of Attorney                                                      Page 1

1    2.   New legal representative:  Thomas G. Manning, State Bar No. 111809, of The Law Office

2         of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number

3         (916) 802-7173.

4

5    3.   I hereby consent to this substitution.

6         Date:  _4/10/_____, 2007          By:_____

7                                                 Fatmata Longstreth, R.N.

8

9    4.   I hereby consent to this substitution.

10        Date:  _5/7_____, 2007             LaFollette, Johnson, DeHaas, Fesler & Ames

11

12                                            By:_____

13                                                 Barry Vogel

14   5.   I hereby consent to this substitution.

15        Date:  _4-1-07_____, 2007          The Law Office of Thomas G. Manning

16

17                                            By:_____

18                                                 Thomas G. Manning

19

20                                                    **IT IS SO ORDERED**

21

22                                            _____

23                                            UNITED STATES DISTRICT JUDGE

24                                            _____

25                                                    **DATE**

26

27

28
     _____
     *Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
     Substitution of Attorney                                        Page 2

1    THOMAS G. MANNING, State Bar No. 111809
    The Law Office of Thomas G. Manning
2    6297 Silver Ridge Lane
    Placerville, CA 95667
3    (916) 802-7173

4    Attorney for Defendant:
    LOIS LUMPKIN, R.N.

5

6

RECEIVED

07 MAY 15  AM 10: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7                UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10   EDWARD L. TURNER )<br><br>11          Plaintiff(s), )<br><br>12   v. )<br><br>13   CONTRA COSTA SHERIFF DEPUTIES )<br>    sued in their individual capacity and as an )<br>14   employees of Contra Costa County; )<br>    CONTRA COSTA SHERIFF'S )<br>15   DEPUTIES HERNANDEZ; CANADY; )<br>    OLIVER AND GRAY, AND CONTRA )<br>16   COSTA COUNTY HEALTH CARE )<br>    NURSES, sued in their individual capacity )<br>17   and as an employees of Contra Costa )<br>    County KIMBERLY DYER, R.N.;JUDY )<br>18   POOLE, R.M.; F. LONGSTRETH, R.N.; )<br>    J. DIENTE, R.N.; CARLA WILSON, )<br>19   R.N.; L. GUY, R.N.; CINDY TITUS, )<br>    R.N.; O'MARY, R.N.; D. SEEBERGER, )<br>20   R.N.; RAYRAO, R.N.; HAYNES, R.N.; )<br>    ROBINSON, R.N.; L. LUMKIN, R.N.; )<br>21   DR. HUIE; DR. PIZZO; DR. JAMES )<br>    RAEL, )<br>22            Defendant(s). )<br>23 | **CASE NO.  C V05-02297 MHP**<br><br>**SUBSTITUTION OF ATTORNEY** |

24   TO THE COURT AND ALL PARTIES:

25        YOU ARE HEREBY NOTIFIED THAT defendant LOIS LUMPKIN, R.N. makes the

26   following substitution:

27   1.    Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28       Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

2.  New legal representative: Thomas G. Manning, State Bar No. 111809, of The Law Office
of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number
(916) 802-7173.

3.  I hereby consent to this substitution.

Date: _____ 4/10 __, 2007          By: _____
                                       Lois Lumpkin, R.N.

4.  I hereby consent to this substitution.

Date: _____ 5/7 __, 2007           LaFollette, Johnson, DeHaas, Fesler & Ames

                                   By: _____
                                       Barry Vogel

5.  I hereby consent to this substitution.

Date: _____ 4-1-07 __, 2007        The Law Office of Thomas G. Manning

                                   By: _____
                                       Thomas G. Manning

                                   **IT IS SO ORDERED**

                                   _____
                                   UNITED STATES DISTRICT JUDGE

                                   _____
                                   DATE

1  THOMAS G. MANNING, State Bar No. 111809
   The Law Office of Thomas G. Manning
2  6297 Silver Ridge Lane
   Placerville, CA 95667
3  (916) 802-7173

4  Attorney for Defendant:
   JUDITH POOLE, R.N.

5

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10  EDWARD L. TURNER                    **CASE NO.  C V05-02297 MHP**

11              Plaintiff(s),
                                        **SUBSTITUTION OF ATTORNEY**
12  v.

13  CONTRA COSTA SHERIFF DEPUTIES
    sued in their individual capacity and as an
14  employees of Contra Costa County;
    CONTRA COSTA SHERIFF'S
15  DEPUTIES HERNANDEZ; CANADY;
    OLIVER AND GRAY, AND CONTRA
16  COSTA COUNTY HEALTH CARE
    NURSES, sued in their individual capacity
17  and as an employees of Contra Costa
    County KIMBERLY DYER, R.N.;JUDY
18  POOLE, R.M.; F. LONGSTRETH, R.N.;
    J. DIENTE, R.N.; CARLA WILSON,
19  R.N.; L. GUY, R.N.; CINDY TITUS,
    R.N.; O'MARY, R.N.; D. SEEBERGER,
20  R.N.; RAYRAO, R.N.; HAYNES, R.N.;
    ROBINSON, R.N.; L. LUMKIN, R.N.;
21  DR. HUIE; DR. PIZZO; DR. JAMES
    RAEL,
22
                Defendant(s).
23

24  TO THE COURT AND ALL PARTIES:

25      YOU ARE HEREBY NOTIFIED THAT defendant JUDITH POOLE, R.N. makes the

26  following substitution:

27  1.   Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28      Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

*Turner v. County of Contra Costa, et al.* No. C V05-02297 MHP
Substitution of Attorney                                                    Page 1

2.  New legal representative: Thomas G. Manning, State Bar No. 111809, of The Law Office of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number (916) 802-7173.

3.  I hereby consent to this substitution.

Date: _4-10_____, 2007          By: _Judith Poole RN_
                                    Judith Poole, R.N.

4.  I hereby consent to this substitution.

Date: _5/7_____, 2007           LaFollette, Johnson, DeHaas, Fesler & Ames

                                By: _Barry Vogel_
                                    Barry Vogel

5.  I hereby consent to this substitution.

Date: _4-1-07_____, 2007        The Law Office of Thomas G. Manning

                                By: _____
                                    Thomas G. Manning

                                **IT IS SO ORDERED**

                                _____
                                UNITED STATES DISTRICT JUDGE
                                5/21/07
                                _____
                                **DATE**

1   THOMAS G. MANNING, State Bar No. 111809

     The Law Office of Thomas G. Manning

2   6297 Silver Ridge Lane

     Placerville, CA 95667

3   (916) 802-7173

4   Attorney for Defendant:

     CARLA WILSON, R.N.

5

6

7                       UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10   EDWARD L. TURNER           )   **CASE NO.  C V05-02297 MHP**

                               )

11            Plaintiff(s),      )

                               )   **SUBSTITUTION OF ATTORNEY**

12   v.                           )

                               )

13   CONTRA COSTA SHERIFF DEPUTIES )

     sued in their individual capacity and as an )

14   employees of Contra Costa County;   )

     CONTRA COSTA SHERIFF'S     )

15   DEPUTIES HERNANDEZ; CANADY;  )

     OLIVER AND GRAY, AND CONTRA  )

16   COSTA COUNTY HEALTH CARE   )

     NURSES, sued in their individual capacity )

17   and as an employees of Contra Costa  )

     County KIMBERLY DYER, R.N.;JUDY )

18   POOLE, R.M.; F. LONGSTRETH, R.N.; )

     J. DIENTE, R.N.; CARLA WILSON,  )

19   R.N.; L. GUY, R.N.; CINDY TITUS,  )

     R.N.; O'MARY, R.N.; D. SEEBERGER, )

20   R.N.; RAYRAO, R.N.; HAYNES, R.N.; )

     ROBINSON, R.N.; L. LUMKIN, R.N.;  )

21   DR. HUIE; DR. PIZZO; DR. JAMES  )

     RAEL,                          )

22                               )

            Defendant(s).     )

23   _____ )

24   TO THE COURT AND ALL PARTIES:

25         YOU ARE HEREBY NOTIFIED THAT defendant CARLA WILSON, R.N. makes the

26   following substitution:

27   1.     Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University

28        Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

RECEIVED

07 MAY 15  AM 10: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    2.    New legal representative: Thomas G. Manning, State Bar No. 111809, of The Law Office

2          of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number

3          (916) 802-7173.

4

5    3.    I hereby consent to this substitution.

6          Date:   4/13/07   , 2007          By: _____
                                                 Carla Wilson, R.N.
7

8    4.    I hereby consent to this substitution.

9          Date:   5/7   , 2007          LaFollette, Johnson, DeHaas, Fesler & Ames

10

11                                        By: _____
                                             Barry Vogel
12

13

14   5.    I hereby consent to this substitution.

15         Date:   4-1-07   , 2007          The Law Office of Thomas G. Manning

16

17                                        By: _____
                                             Thomas G. Manning
18

19

20                                        **IT IS SO ORDERED**

21

22                                        UNITED STATES DISTRICT JUDGE

23                                        _____
                                                  DATE
24

25

26

27

28

THOMAS G. MANNING, State Bar No. 111809
The Law Office of Thomas G. Manning
6297 Silver Ridge Lane
Placerville, CA 95667
(916) 802-7173

Attorney for Defendant:
CINDY TITUS, R.N.

RECEIVED

07 MAY 15  AM 10: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER | **CASE NO.   C V05-02297 MHP** |
| Plaintiff(s), | |
| v. | **SUBSTITUTION OF ATTORNEY** |
| CONTRA COSTA SHERIFF DEPUTIES sued in their individual capacity and as an employees of Contra Costa County; CONTRA COSTA SHERIFF'S DEPUTIES HERNANDEZ; CANADY; OLIVER AND GRAY, AND CONTRA COSTA COUNTY HEALTH CARE NURSES, sued in their individual capacity and as an employees of Contra Costa County KIMBERLY DYER, R.N.;JUDY POOLE, R.M.; F. LONGSTRETH, R.N.; J. DIENTE, R.N.; CARLA WILSON, R.N.; L. GUY, R.N.; CINDY TITUS, R.N.; O'MARY, R.N.; D. SEEBERGER, R.N.; RAYRAO, R.N.; HAYNES, R.N.; ROBINSON, R.N.; L. LUMKIN, R.N.; DR. HUIE; DR. PIZZO; DR. JAMES RAEL, | |
| Defendant(s). | |

TO THE COURT AND ALL PARTIES:

YOU ARE HEREBY NOTIFIED THAT defendant CINDY TITUS, R.N. makes the following substitution:

1.    Former legal representation: LaFollette, Johnson, DeHaas, Fesler & Ames, 655 University Avenue, Suite 119, Sacramento, CA 95825; telephone number (916) 563-3100.

2. New legal representative: Thomas G. Manning, State Bar No. 111809, of The Law Office of Thomas G. Manning, 6297 Silver Ridge Lane, Placerville, CA 95667; telephone number (916) 802-7173.

3. I hereby consent to this substitution.

Date: _____, 2007       By: _____
                                        Cindy Titus, R.N.

4. I hereby consent to this substitution.

Date: _____, 2007       LaFollette, Johnson, DeHaas, Fesler & Ames

                                   By: _____
                                       Barry Vogel

5. I hereby consent to this substitution.

Date: _____, 2007       The Law Office of Thomas G. Manning

                                   By: _____
                                       Thomas G. Manning

                                   **IT IS SO ORDERED**

                                   _____
                                   **UNITED STATES DISTRICT JUDGE**

                                   _____
                                   **DATE**