**FILED**

JUN 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER ) | CASE NO. C V05-02297 MHP |
| Plaintiff(s), ) | [PROPOSED] ORDER |
| v. ) | Date:      None |
| CONTRA COSTA SHERIFF DEPUTIES ) sued in their individual capacity and as an ) employees of Contra Costa County; ) CONTRA COSTA SHERIFF'S ) DEPUTIES HERNANDEZ; CANADY; ) OLIVER AND GRAY, AND CONTRA ) COSTA COUNTY HEALTH CARE ) NURSES, sued in their individual capacity ) and as an employees of Contra Costa ) County KIMBERLY DYER, R.N.;JUDY ) POOLE, R.M.; F. LONGSTRETH, R.N.; ) J. DIENTE, R.N.; CARLA WILSON, ) R.N.; L. GUY, R.N.; CINDY TITUS, ) R.N.; O'MARY, R.N.; D. SEEBERGER, ) R.N.; RAYRAO, R.N.; HAYNES, R.N.; ) ROBINSON, R.N.; L. LUMKIN, R.N.; ) DR. HUIE; DR. PIZZO; DR. JAMES ) RAEL, ) | |
| Defendant(s). ) | |

The Court, having reviewed the moving papers of counsel, Thomas Manning, together with his accompanying Declaration finds that good cause exists to provide the relief sought.

Therefore the Court makes the following order:

Opposition to plaintiff's motion for summary judgement, as against Defendant Oliver shall be filed and served no later than ___12ᵗʰ___ June ___, 2007. Plaintiff's reply brief must be filed no later than ___19ᵗʰ___, June ___, 2007.

This shall be the order of this Court.

_____
Marilyn H. Patel, Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TURNER,

        Plaintiff,

v.

RUPF et al,

        Defendant.
                             /

Case Number: CV05-02297 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Edward Turner V-25872
California Substance Abuse Treatment Faciltiy
P.O. Box 5244
Corcoran, CA 93212

Thomas Gerald Manning
Thomas G. Manning
6297 Silver Ridge Lane
Placerville, CA 95667

Dated: June 22, 2007

                                          Richard W. Wieking, Clerk
                                          By: Anthony Bowser, Deputy Clerk