1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD L. TURNER,

       Plaintiff,

    v.

WARREN E. RUPF; et al.,

       Defendants.

————————————————/

No. C 05-2297 MHP (pr)

**ORDER REFERRING CASE TO
FEDERAL PRO BONO PROJECT
FOR APPOINTMENT OF COUNSEL**

Edward L. Turner filed this pro se prisoner civil rights action under 42 U.S.C. § 1983. The court has denied motions for summary judgment filed by the plaintiff and by defendants. It appears to be in the interest of justice to appoint counsel to represent plaintiff in this action.

IT IS HEREBY ORDERED that plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the court file, and (c) a notice of referral of this action.

(2) Upon an attorney being located to represent plaintiff, that attorney will be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action are stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action or other order of the court.

IT IS SO ORDERED.

Dated: February 14, 2008

_____
Marilyn Hall Patel
United States District Judge