**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER, | No. C 05-2297 MHP (pr) |
| Plaintiff, | **ORDER APPOINTING COUNSEL FOR PLAINTIFF AND SCHEDULING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WARREN E. RUPF; et al., | |
| Defendants. | |

The plaintiff having requested and being in need of counsel to assist him in this matter, and volunteer attorneys willing to be appointed to represent plaintiff having been located by the court, the court now appoints attorneys Megan M. Chung and Greg Gilchrist of the law firm of Townsend and Townsend and Crew as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines. The stay imposed in the court's February 15, 2008 order will remain in place until July 11, 2008, to afford newly appointed counsel time to become familiar with the case and contact the client.

A case management conference will be held at **3:00 p.m.** on **August 25, 2008**. The parties shall file a joint case management conference statement no later than one week prior to the date set for the case management conference.

IT IS SO ORDERED.

Dated: May 28, 2008

_____
Marilyn Hall Patel
United States District Judge