1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  MEGAN M. CHUNG (State Bar No. 232044)
   Two Embarcadero Center, 8th Floor
3  San Francisco, California  94111
   Telephone: 415.576.0200
4  Facsimile: 415.576.0300

5  Attorneys for Plaintiff
   EDWARD L. TURNER
6

7

8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11  EDWARD L. TURNER,                    Case No.    C 05-2297 MHP (Pr)

12                 Plaintiff,            [~~PROPOSED~~] ORDER

13          v.                           CMC Date:  August 25, 2008
                                         Time:         3:00 p.m.
14  WARREN E. RUPF, et al.,              Courtroom: 15, 18th Floor

15                 Defendants.

16

17

18          During the case management conference, held on August 25, 2008, Plaintiff's counsel

19  recounted difficulties in having telephone calls with Plaintiff Edward Turner at California State

20  Prison – Corcoran ("Corcoran State Prison") and from receiving documents via mail from Mr. Turner.

21  Mr. Turner's mail to his counsel has been returned to him several times without being sent to his

22  counsel.  In order to move this case forward, it is hereby ordered that:

23          1.      Corcoran State Prison shall ensure that Mr. Turner has access to a telephone for

24  biweekly calls with his counsel at Townsend and Townsend and Crew LLP.  Corcoran State Prison

25  shall coordinate with Plaintiff's counsel to determine the day and time and Plaintiff's counsel will

26  provide the telephone number for Mr. Turner's use.

27          2.      Corcoran State Prison shall ensure that Mr. Turner's legal mail to his counsel

28  Townsend and Townsend and Crew LLP be sent out of prison.

1        3.       Plaintiff must file by September 29, 2008, documents in support of its initial

2    disclosures pursuant to Rule 26.  Thus, Corcoran State Prison shall not interfere with Mr. Turner as he

3    collects and mails documents relevant to this case, including but not limited to discovery sent to and

4    received from opposing counsel, deposition transcripts from this case, and documents related to

5    Martinez Detention Facility, to his counsel or to the Court.

6        IT IS SO ORDERED.

7

8

9    DATED: _____9/10/2008_____

10   Marilyn Ha...
     United State...

11

12   61479917 v1

13

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA