SILVANO B. MARCHESI (SBN 42965)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:   (925) 335-1866
Email: jholm@cc.cccounty.us

Attorneys for Defendants
J. RAEL, E. OLIVER, CINDY
TITUS, CANADY, J. DIENTE,
DYER, GRAY, L. GUY,
HERNANDEZ, HUIE, F. LONGSTRETH,
L. LUMPKIN, O'MARY, ANTHONY PIZZO,
J. POOLE, RAYRAO, D. SEEBERGER,
CARLA WILSON, TANYA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>WARREN E. RUPF, et al.,<br><br>Defendants. | No.   C 05-2297 MHP (pr)<br><br>STIPULATION AND [proposed] ORDER CONTINUING STATUS CONFERENCE FROM JANUARY 26, 2009 TO APRIL 27, 2009 |

WHEREAS, due to medical treatment plans of plaintiff in this action, the mediation before the Honorable Maria-Elena James is being continued to April 14, 2009, the parties, by and through their counsel of record, hereby stipulate and request that the court continue the status conference currently set for January 26, 2009 to April 27, 2009.

IT IS SO STIPULATED.

1  DATED:  January 14, 2009                    SILVANO B. MARCHESI
2                                              COUNTY COUNSEL
3
4                                                        /S/
5                                              By:_____
                                                  Janet L. Holmes
6                                                  Deputy County Counsel
                                                  Attorneys for Defendants
7                                                  J. RAEL, E. OLIVER, CINDY
                                                  TITUS, CANADY, J. DIENTE,
8                                                  DYER, GRAY, L. GUY,
                                                  HERNANDEZ, HUIE, F.
9                                                  LONGSTRETH,
                                                  L. LUMPKIN, O'MARY,
10                                                 ANTHONY PIZZO, J. POOLE,
                                                  RAYRAO, D. SEEBERGER,
11                                                 CARLA WILSON, TANYA
12  Dated: _____, 2009                    TOWNSEND AND TOWNSEND
13
14                                                       /S/
                                               By: _____ _____
15                                                 Megan Chung
                                                  Attorney for Plaintiff
16
17                            <u>ORDER</u>
18
19      Good Cause appearing therefor, IT IS HEREBY ORDERED that the status conference
20  set for January 26, 2009 is rescheduled to April 27, 2009 at 3:00 p.m.
21
22
23  Dated: ___January 15_____, 2009            _____
24                                             MARILYN HALL PATEL
                                               United States District Judge
25

IT IS SO ORDERED

Judge Marilyn H. Patel

26
27
28