TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
MEGAN M. CHUNG (State Bar No. 232044)
TYLER J. GEE (State Bar No. 252487)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Plaintiff
EDWARD L. TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD L. TURNER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WARREN E. RUPF, et al.,<br><br>　　　　　　Defendant. | Case No.　C 05-2297 MHP (Pr)<br><br>[PROPOSED] ORDER GRANTING EDWARD L. TURNER TELEPHONE ACCESS TO ATTEND SETTLEMENT CONFERENCE<br><br>**Magistrate Judge Maria-Elena James<br>Settlement Conference: April 14, 2009** |

| | |
|---|---|
| 1 | **GOOD CAUSE SHOWN**, and in compliance with Magistrate Judge James's Standing Order |
| 2 | Re Settlement Conference Procedures requiring plaintiff Mr. Edward Turner's attendance |
| 3 | telephonically for settlement conference and Judge Patel's September 10, 2008 Order (Doc No. 93, |
| 4 | Exhibit A) allowing Mr. Turner telephone privileges to talk to his counsel, it is hereby ordered that |
| 5 | Corcoran State Prison and Bureau of Prison make plaintiff Edward L. Turner ("Mr. Turner"), No. V- |
| 6 | 25872, available and have access to a telephone for calls with Magistrate Judge James and his counsel |
| 7 | on April 14, 2009 to attend the settlement conference telephonically beginning at 10:00 a.m. PST and |
| 8 | until the end of the settlement conference that day. |

Dated this __13,__ day of 2009.          SO ORDERED.

By:_____
   Honorable Maria-Elena James
   United States District Court Magistrate Judge

61899524 v1

TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
MEGAN M. CHUNG (State Bar No. 232044)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: 415.576.0200
Facsimile: 415.576.0300

Attorneys for Plaintiff
EDWARD L. TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WARREN E. RUPF, et al.,<br><br>　　　　　Defendants. | Case No.　C 05-2297 MHP (Pr)<br><br>[PROPOSED] ORDER<br><br>CMC Date: August 25, 2008<br>Time:　　　3:00 p.m.<br>Courtroom: 15, 18th Floor |

　　　During the case management conference, held on August 25, 2008, Plaintiff's counsel recounted difficulties in having telephone calls with Plaintiff Edward Turner at California State Prison – Corcoran ("Corcoran State Prison") and from receiving documents via mail from Mr. Turner. Mr. Turner's mail to his counsel has been returned to him several times without being sent to his counsel. In order to move this case forward, it is hereby ordered that:

　　　1.　　Corcoran State Prison shall ensure that Mr. Turner has access to a telephone for biweekly calls with his counsel at Townsend and Townsend and Crew LLP. Corcoran State Prison shall coordinate with Plaintiff's counsel to determine the day and time and Plaintiff's counsel will provide the telephone number for Mr. Turner's use.

　　　2.　　Corcoran State Prison shall ensure that Mr. Turner's legal mail to his counsel Townsend and Townsend and Crew LLP be sent out of prison.

[PROPOSED] ORDER
Case No. C 05-2297 MHP (pr)

**EXHIBIT A**

3. Plaintiff must file by September 29, 2008, documents in support of its initial disclosures pursuant to Rule 26. Thus, Corcoran State Prison shall not interfere with Mr. Turner as he collects and mails documents relevant to this case, including but not limited to discovery sent to and received from opposing counsel, deposition transcripts from this case, and documents related to Martinez Detention Facility, to his counsel or to the Court.

IT IS SO ORDERED.

DATED: 9/10/2008

_____
Marilyn Hall Patel
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

61479917 v1