```
 1  SHARON L. ANDERSON (SBN 94814)
    County Counsel
 2  JANET L. HOLMES (SBN 107639)
    Deputy County Counsel
 3  COUNTY OF CONTRA COSTA
    651 Pine Street, 9th Floor
 4  Martinez, California 94553
    Telephone: (925) 335-1800
 5  Facsimile: (925) 335-1866
    Email: jholm@cc.cccounty.us
 6
    Attorneys for Defendants
 7  J. RAEL, E. OLIVER, CINDY
    TITUS, CANADY, J. DIENTE,
 8  DYER, GRAY, L. GUY,
    HERNANDEZ, HUIE, F. LONGSTRETH,
 9  L. LUMPKIN, O'MARY, ANTHONY PIZZO,
    J. POOLE, RAYRAO, D. SEEBERGER,
10  CARLA WILSON, TANYA

11
    GREGORY S. GILCREST (SBN 111536)
12  MEGAN M. CHUNG (SBN 232044)
    TOWNSEND AND TOWNSEND AND CREW LLP
13  2 Embarcadero Center, Eighth Floor
    San Francisco, CA 94111-3823
14  Telephone: (415) 576-0200
    Facsimile: (415) 576-0300
15  E-Mail: gsgilchrist@townsend.com;
            mmchung@townsend.com
16
    Attorneys for Plaintiff
17
                    UNITED STATES DISTRICT COURT
18
                   NORTHERN DISTRICT OF CALIFORNIA
19
```

| | |
|---|---|
| EDWARD L. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>WARREN E. RUPF, et al.,<br><br>Defendants. | No. C 05-2297 MHP (pr)<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM FEBRUARY 15 TO MARCH 1, 2010<br><br>Current Date: February 15, 2010<br>New Date: March 1, 2010<br>Time: 2:00 p.m.<br>Judge Marilyn Hall Patel, Presiding |

1  IT IS HEREBY STIPULATED BY ALL PARTIES TO THE ABOVE-REFERENCED
2  ACTION, by and through their respective counsel:
3      WHEREAS the hearing on summary judgment motion had been set for February 15,
4  2010; and
5      WHEREAS February 15, 2010 is a court holiday;
6      Counsel for all parties hereby stipulate and request that the court reschedule the hearing
7  on Defendants' motion for summary judgment already on file from February 15, 2010 to
8  March 1, 2010 at 2:00 p.m. Deadline for filing papers in connection with the motion shall
9  remain as previously set for the February 15, 2010 hearing date.

DATED: January 14, 2010

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____
MEGAN M. CHUNG
Attorney for Plaintiff

DATED: January 14, 2010

SHARON L. ANDERSON
COUNTY COUNSEL

By: _____
JANET L. HOLMES
Deputy County Counsel
Attorneys for Defendants

ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED: the hearing on Defendants' motion for summary judgment is rescheduled from February 15, 2010 to March 1, 2010 at 2:00 p.m.

Dated: January 15, 2010

_____
MARILYN HALL PATEL
UNITED STATES DISTRICT COURT

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FROM FEBRUARY 15 TO MARCH 1, 2010 - C 05-2297 MHP (pr)

2