UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD L. TURNER,

        Plaintiff(s),

vs.

WARREN E. RUPF, et al.,

        Defendant(s).
                                              /

No. C 05-2297 MHP (pr)

**ORDER GRANTING REQUEST OF COUNSEL TO WITHDRAW**

      Having considered the pleadings and records on file herein, and all other matters presented to the Court, and good cause appearing therefore, the request of Townsend and Townsend and Crew LLP, and its attorneys Gregory Gilchrist, Megan Chung and Pami Vyas, to withdraw as plaintiff's counsel is **GRANTED** by this order.

      As a result of this order plaintiff, who is in custody, is once again *pro se* in this action. Earlier in this case the court appointed counsel to represent the plaintiff. Counsel did so *pro bono*, but apparently no good deed goes unpunished.. In exchange for their diligent efforts, plaintiff has refused to cooperate with them, has threatened and made accusations against them and is pursuing claims against them for over a million dollars. Thus, the court must allow them to withdraw.

      The court has a few words for the plaintiff. He has lost a highly competent group of attorneys who were interested in pursuing his action and working conscientiously on his behalf. It is difficult to find lawyers willing to handle these types of cases. Plaintiff and others who behave as he has discourage other willing lawyers to take on these cases, making it difficult for the courts to

1  recruit able *pro bono* lawyers.

2  From the filings plaintiff has made in this case it is clear that plaintiff does not have a clear
3  picture of the worth of his case.  The worth, if any, is very modest; it not worth the astronomical
4  figures that plaintiff has suggested.  Plaintiff needs a dose of reality.  He will also have to represent
5  himself in this action, since the court will not subject another attorney to the abuse heaped upon the
6  withdrawing attorneys.  Mr. Turner has had his opportunity to be represented by counsel and he has
7  abused it.  He will need to proceed on his own and complete the work on this case.

8  In accordance with the foregoing, the request to withdraw is GRANTED.  Plaintiff and
9  defendants shall filed a Case Management Conference Statement on or before December 15, 2010,
10  setting forth how each intends to proceed in this action.

12  IT IS SO ORDERED.

15  Date: November 19, 2010

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

2