IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD L. TURNER, | No. C 05-2297-MHP (NV) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| WARREN E. RUPF, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on January 27, 2011, I served a true and correct copy of the Order Setting Settlement Conference (Docket No. 157), by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail..

**Edward Turner**
V-25872
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated:  January 27, 2011

*Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas