**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7                 EUREKA DIVISION

8

9   EDWARD L. TURNER,                    No. C 05-2297-MHP (NJV)

10        Plaintiff,                     ORDER AND WRIT OF HABEAS CORPUS
                                         AD TESTIFICANDUM
11

        v.
12

    WARREN E. RUPF, et al,
13

          Defendants.
14   _____/

15   It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the

16   person of EDWARD L. TURNER, presently in custody in Pleasant Valley State Prison, as the presence

17   of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be

18   required

19   Dated: February 23, 2011

20                                         _____
                                           NANDOR J. VADAS
21                                         United States Magistrate Judge

22

23            THE PRESIDENT OF THE UNITED STATES OF AMERICA

     TO:    JAMES A YATES, WARDEN
24                                         GREETINGS

25   WE COMMAND that you have and produce the body of EDWARD L. TURNER in your custody in the

26   hereinabove-mentioned institution, on March 21, 2011, at11:00 a.m., at Solano State Prison, in order

27   that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter

28   of Turner v. Rupf, et al., and at the termination of said hearing return him forthwith to said hereinabove-

     mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made

1  concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until

2  the termination of the proceedings for which his testimony is required in this Court;

3      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court

4  for the Northern District of California.

5

6  Dated: February 23, 2011

7                                      RICHARD W. WIEKING
                                       CLERK, UNITED STATES DISTRICT COURT

8

9                                      By: Linn Van Meter
                                          Administrative Law Clerk

10

11

12 Dated: February 23, 2011



13                                     NANDOR J. VADAS
                                       United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

EDWARD L. TURNER,                                         No. C 05-2297

        Plaintiff,

    v.                                                  CERTIFICATE OF SERVICE

WARREN E. RUPF, et al.,

        Defendants.
_____/

      I, the undersigned, hereby certify that on February 23, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

/s/  Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3