UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD L. TURNER, | No. C 05-2297-MHP (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| WARREN E. RUPF, et al, | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of EDWARD L. TURNER, presently in custody in Pleasant Valley State Prison,[1] as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: April 27, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   ROBERT H. TRIMBLE, WARDEN
<u>GREETINGS</u>

WE COMMAND that you have and produce the body of EDWARD L. TURNER in your custody in the hereinabove-mentioned institution, on May 31, 2011, at 11:00 a.m., at Solano State Prison, in order that

---

[1] Although Plaintiff has not recently updated his address with the Court, CDCR records indicate that Plaintiff is now housed at Pleasant Valley State Prison.

said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Turner v. Rupf, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: April 27, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: April 27, 2011



NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| EDWARD L. TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>WARREN E. RUPF, et al.,<br><br>    Defendants._____/ | No. C 05-2297<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on April 27, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Edward L. Turner, V-25872
Pleasant Valley State Prison
P. O. Box 8500
Coalinga, CA 93210

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

Warden Robert H. Trimble
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

3