United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD L. TURNER,

        Plaintiff,

   v.

WARREN E. RUPF; *et al.*,

        Defendants.
_____/

No. C-05-2297 EMC (pr)

**ORDER**

      The parties filed a joint stipulation for dismissal of this action. Plaintiff later filed a "Plaintiff's Case Denial of Defendants' Case Management Confernce (sic) Statement" in which he stated that he had not received the check that was to be paid as part of the settlement. No later than **August 19, 2011**, Defendants must file a notice with the court indicating whether and when Plaintiff has been paid the agreed-upon settlement amount of $1,500.00.

      IT IS SO ORDERED.

Dated: July 18, 2011

                                                 _____
                                                 EDWARD M. CHEN
                                                 United States District Judge