UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. TURNER, | No. C-05-2297 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| WARREN E. RUPF; et al., | |
| Defendants. | |

The parties filed a joint stipulation for dismissal of this action. (Docket # 192.) Plaintiff later filed a "Plaintiff's Case Denial of Defendants' Case Management Confernce (sic) Statement" in which he stated that he had not received the check that was to be paid as part of the settlement. The Court ordered Defendants to file a notice indicating whether and when Plaintiff was paid the agreed-upon settlement amount. Defendants filed a notice on August 17, 2011 stating that the settlement check had been mailed to Plaintiff on June 29, 2011. The Court is now satisfied that the agreed-upon settlement payment has been made to Plaintiff. Accordingly, pursuant to the Joint Stipulation of Dismissal filed June 30, 2011, this action is **DISMISSED**. Each party shall bear its own attorneys' fees and costs. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: September 6, 2011

_____
EDWARD M. CHEN
United States District Judge